Decided October 8, 1998

## EUGENE MERCER *v.* COMMISSIONER OF CORRECTION

The petitioner Eugene Mercer's petition for certification for appeal from the Appellate Court, 49 Conn. App. 819 (AC 17663), is denied.

CALLAHAN, C. J., and NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*J. L. Pottenger, Jr.,* in support of the petition.

*Jo Anne Sulik,* assistant state's attorney, in opposition.

Decided October 8, 1998